THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY L. ROHRBACH, Respondent, *v.* HENRY D. COCHRANE et al., Constituting the Board of Trustees of the Village of Hastings on Hudson, Appellants.

(Submitted November 26, 1934; decided December 4, 1934.)

*John J. Hughes* for motion.
*William R. Hogan* opposed.
Motion denied, without costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELIZABETH G. PIERSON, Respondent, *v.* THOMAS M. LYNCH et al., as State Tax Commissioners of the State of New York, Appellants.

(Submitted November 26, 1934; decided December 4, 1934.)

Motion for reargument or, in the alternative, motion to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 263 N. Y. 533.)